■ CATALINA K. MEYER, Respondent, v GEORGE TERASAKI, Appellant.—Order, Appellate Term of the Supreme Court, First Department, entered on July 17, 1985, unanimously reversed, without costs and without disbursements, summary judgment to respondent tenant is granted, and petitioner's motion for said relief is denied for the reasons stated in the dissenting opinion of Jawn Sandifer, J., at Appellate Term. Concur—Sandler, J. P., Sullivan, Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HYDER BUNDY, Also Known as LARRY ATKINSON, Appellant.— Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on July 11, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELANIE LAYTON, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on December 4, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Fein, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SALZANO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on Novem-